IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, ET AL.,

        Plaintiffs,

  v.

THOMAS J. VILSACK, ET AL.,

        Defendants.

No. C 11-00831 JSW

**ORDER SETTING BRIEFING SCHEDULE ON FEDERAL DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

On February 28, 2011, Proposed Intervenor-Defendant Monsanto Company ("Monsanto") filed a motion to intervene with which it submitted a proposed motion to dismiss, transfer venue or stay the case. (Doc. no. 14.) Upon reassignment of this action, Monsanto renoticed the motion to intervene for hearing on April 15, 2011, before the Undersigned. On March 2, 2011, Federal Defendants Vilsack and Animal and Plant Health Inspection Service ("APHIS"), an agency within the United States Department of Agriculture, filed a motion to dismiss for improper venue, or, in the alternative, to transfer venue. (Doc. no. 23.) On March 2, 2011, Plaintiffs filed a motion for temporary restraining order and preliminary injunction. (Doc. no. 25.)

In the interests of judicial economy and avoidance of undue delay, the Court will adjudicate Federal Defendants' motion to dismiss or transfer venue before reaching Monsanto's motion to intervene or Plaintiffs' motion for temporary restraining order and preliminary injunction. Accordingly, the Court ORDERS that Plaintiffs shall file an opposition to Federal Defendants' motion to dismiss or transfer venue by 4:00 p.m. PST on March 8, 2011. In their

opposition papers, Plaintiffs must address the question whether the February 4, 2011, EA and FONSI challenged in this action are also at issue in the action filed in the District Court for the District of Columbia, *Grant v. Vilsack*, No. 11-308 JDB (D.D.C. February 7, 2011) (*Sugar Beets III*). Federal Defendants shall file a reply by 4:00 p.m. PST on March 11, 2011.

The hearing on Federal Defendants' motion to dismiss for improper venue, or, in the alternative, to transfer venue, noticed for April 15, 2011, is hereby VACATED. If the Court determines that oral argument is necessary to decide the matter, it will issue notice of a hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 3, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2